IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN STAROPOLI *et al.*, | : | |
| *Plaintiffs* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| METROPOLITAN LIFE | : | |
| INSURANCE CO. *et al.*, | : | No. 19-2850 |
| *Defendants* | : | |

## ORDER

AND NOW, this 8th day of June, 2020, upon consideration of Defendant Metropolitan Life Insurance Co.'s Motion to Dismiss (Doc. No. 15), Plaintiffs' response thereto (Doc. No. 22), MetLife's reply (Doc. No. 31), Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss (Doc. No. 16), Plaintiffs' response thereto, JPMorgan's reply (Doc. No. 26), and Oral Argument held on January 21, 2020, it is **ORDERED** that the Motions to Dismiss (Doc. Nos. 15, 16) are **GRANTED** for the reasons set forth in the accompanying Memorandum. The plaintiffs shall have 30 days from the date of this order to file a second amended complaint, if by doing so the grounds for dismissal as addressed in the Memorandum can be cured.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE