# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN STAROPOLI *et al.*, <br> *Plaintiffs* <br> v. <br> METROPOLITAN LIFE INSURANCE CO. *et al.*, <br> *Defendants* | CIVIL ACTION <br><br> No. 19-2850 |

## ORDER

AND NOW, this 13th day of July, 2021, upon consideration of Defendant JPMorgan Chase U.S. Benefits Executive's ("the Benefits Executive") Motion for Summary Judgment (Doc. No. 48), the exhibits in support of that motion (Doc. Nos. 49, 50, & 51), Plaintiffs' Motion for Summary Judgment (Doc. No. 52), the Benefits Executive's Response in Opposition to Plaintiffs' Motion for Summary Judgment (Doc. No. 53), Plaintiffs' Response in Opposition to the Benefits Executive's Motion for Summary Judgment (Doc. No. 54), the Benefits Executive's Reply in Support of its Motion for Summary Judgment (Doc. No. 56), Plaintiffs' Reply in Support of their Motion for Summary Judgment (Doc. No. 57), and oral argument held on April 22, 2021, it is **ORDERED** that the Benefits Executive's Motion for Summary Judgment (Doc. No. 48) is **GRANTED** and Plaintiffs' Motion for Summary Judgment (Doc. No. 52) is **DENIED** for the reasons described in the accompanying Memorandum. The above action is **DISMISSED** with prejudice, and each party shall bear its own costs and attorney's fees. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE